3:21-cv-932

FILED
DEC - 8 2021
At_____M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

# MONETORY EXCESSIVE FORCE COMPLAINT

The following on duty Police Officers Stevens #435 and Zimmer #451. Each party has a duty to protect the defendant from all nature of attacks. Which includes the Police Officers that may have witnessed the incident. (of)

The defendant at the time was secure laying on the ground face down with his hands behind his back. With-in that time Officer Stevens #435 arrived and attacked the defendant.

The violent attack caused the defendant Bodily Injuries: Chipped tooth, bleeding, bruises and scars. Therefore, defendant claims to start a tort claim for monetary damages; In the amount of 700,000

The assault happened on 12/13/2020 between 4:00 AM and 6:00 AM. On or between Garfield St and Morehouse Ave. Elkhart IN 46516. I Dominique J. Edwards am requesting video, audio, or transcripts of the incident?

DEPARTMENT: Elkhart City Police
CASE NUMBER: 2020-1213-009 and 20201120-036
DATE: 12/13/2020

Please Send to:
Maria F. Garcia
742 W. Bristol St Apt C.52
Elkhart IN. 46514