AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

DOMINIQUE J EDWARDS

          Plaintiff(s)

v.     **Civil Action No.**     3:21cv932

STEVENS, Police Officer, #435 and
ZIMMER, Police Officer, #451

          Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____

recover from the defendant _____ the amount of _____ dollars $____ which includes prejudgment interest at the rate of _____ % plus post-judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: <u>this case is DISMISSED WITHOUT PREJUDICE</u>

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge <u>Robert L Miller Jr</u>

DATE:  1/26/22          GARY T. BELL,  CLERK OF COURT

                                 by    s/Monica Clawson
                                 *Signature of Clerk or Deputy Clerk*